Matter of Jacob v Sokoloff (2025 NY Slip Op 00914)

Matter of Jacob v Sokoloff

2025 NY Slip Op 00914

Decided on February 18, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 18, 2025

Before: Kern, J.P., Moulton, Kapnick, Gesmer, Pitt-Burke, JJ. 

Appeal No. 3711, M-6500 Case No. 2024-07692 

[*1]In the Matter of Alan Jacob, Petitioner,
v
Lisa Ann Sokoloff, Respondent.

An original article 78 proceeding having been brought before this Court, by petition dated on or about December 27, 2024,
And said proceeding having been submitted by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulations of the parties hereto dated January 23, 2025 and January 29, 2025,
It is unanimously ordered that said petition and accompanying motion are hereby withdrawn in accordance with the terms of the aforesaid stipulations.
ENTERED: February 18, 2025